UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

   -AGAINST-

ANTHONY DURSO,
     Defendant.
-------------------------------------------------X

MATSUMOTO, District Judge

ORDER OF REFERRAL
11CR30(KAM)

The above-referenced criminal case is hereby referred to Magistrate Judge Ramon E. Reyes for the following purposes.

☐   1.   To conduct arraignments;

✓   2.   Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐   3.   With consent of the parties as indicated below, to select a jury of twelve with two alternates.

☐   4.   MOTION.

,   SO ORDERED.

    s/KAM

Dated:     Brooklyn, N.Y.
             July 11, 2011

KIYO A. MATSUMOTO.
United States District Judge

STIPULATED AND AGREED, by and between the undersigned, counsel for respective parties:

Dated: July 12, 2011   Brooklyn, N.Y.

x_Anthony Durso_____
Defendant

_Matthew J. Mari_____
Counsel for defendant

_____
Assistant U.S. Attorney

s/RER
UNITED STATES MAGISTRATE JUDGE