U.S.M.J. RAMON E. REYES, Jr.  DATE: **7/12/2011**
Time: 10:20 AM - 10:53 AM

# CRIMINAL CAUSE FOR PLEADING

<u>USA - v - RUSSO ET AL</u>     Docket No. **11-CR-30 [RER]**

Defendant: **Anthony Durso**
   _X_ present     ____ not present     ___ custody  _X_ bail

Def. Counsel:__     **Mathew J. Mari**
   _X_ present     ____ not present     X_RET  __LAS     __CJA

AUSA : **Elizabeth Geddes/Allon Lifshitz**     Deputy: **M. Vertus**

Court Reporter: **Gene Rudolph 718-613-2538**

_X_ Case Called
____ Defendant's First Appearance
____ Defendant: ____ Sworn ____ Arraigned ____ Informed of Rights
____ Waiver of Indictment Executed for Defendant
____ Superceding Indictment/Information Filed
____ Bench Warrant Issued:_____
_X_ Defendant With draws Not Guilty Plea and Enters a Plea of Guilty to Count(s) **47** of the Indictment
_X_ Court Finds Factual Basis for the Plea
____ Sentencing is scheduled for **11/29/2011 at 11:00am.**
_X_ Bail/Bond: ____ Set  _X_ Continued for Defendant ____ Continued in Custody
____ Case Adjourned to ___/___/___ at _____
____ Court accepts the Plea of Guilty.
_X_ Transcript Ordered:

_X_ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

_X_ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **11/5/11**, with the government's **11/12/11**, reply by defendant, if any, shall be submitted and filed via ecf by **11/19/11**. The court respectfully request two hard courtesy copies of all sentencing submissions to be provided to chambers and one copy forwarded to the Probation Department.