# MATHEW J. MARI
ATTORNEY AT LAW

110 WALL STREET - 11TH FLOOR
NEW YORK, NEW YORK 10005
DIRECT: (212) 227-5335 • OFFICE: (212) 804-5737
FAX: (718) 836-2516 • mjmesq@aol.com

Hon. Kiyo A. Matsumoto
U.S. District Judge, E.D.N.Y.
U.S.Courthouse
225 Cadman Plaza East
Brooklyn, NY 11228

September 19, 2011

Re: U.S. v. Durso, 11 CR 30 (KAM)
    Request for a change in sentence date.

Dear Judge Matsumoto:

My client, Anthony Durso, is currently scheduled to be sentenced on November 28, 2011. I am requesting that his sentence be adjourned to March 12, 2012 or any date in March that is convenient to the Court. I have discussed this with A.U.S.A. Elizabeth Geddes and she has no objection. My reasons for this request concern my own schedule, the need to get further information to include to in the Pre-Sentence Investigation Report, to properly prepare my arguments with regard to 18 U.S.C 3553(a), and to avail my client of information which I believe will assist me which might be revealed at the sentences of other defendants. There are additional factors. I am willing to provide further details in person should the Court so desire.

Respectfully yours,

*Mathew J. Mari*

Mathew J. Mari

cc: By email to: Elizabeth Geddes, A.U.S.A.; Allon Lifshitz, A.U.S.A.;
    By fax to: P.O. Michelle Espinoza.