

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/AL/GP
F.#2010R00153

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 7, 2012

By Email

Michelle Espinoza
Senior U.S. Probation Officer
147 Pierrepont Street
Brooklyn, New York 11201-4201

>  Re:  United States v. Anthony Durso
>       Criminal Docket No. 11-30 (KAM)

Dear Officer Espinoza:

The government respectfully submits this letter in response to an email sent to the Probation Department on February 17, 2011, which email sets forth the defendant Anthony Durso's objections to the Pre-Sentence Investigation Report, dated February 14, 2012, that the Probation Department prepared in the above-captioned case ("PSR").  Each of Durso's objections are addressed below.

Durso Objection 1: Paragraph 10 of the PSR provides that defendants Anthony Durso and Larry Sessa assaulted John Doe #15.  According to consensual recordings made by a cooperating witness and other sources of information, both Sessa and Durso participated in the assault.

Durso Objections 2, 3 and 8: The government maintains that Durso should be held accountable for the knife because its use was reasonable foreseeable to Durso.

Durso Objections 4 and 8: The government submits that Durso did not play a minor role in the offense, and is not entitled to a minor-role reduction.

Durso Objections 5 and 7: The government submits that a preponderance of evidence supports the information set forth in paragraph 33.

The government has no information regarding Durso's objection numbered 6.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:        /s/
        Elizabeth A. Geddes
        Allon Lifshitz
        Assistant U.S. Attorneys
        (718) 254-6430/6164

cc:  The Honorable Kiyo A. Matsumoto (by ECF and hand delivery)
     Mathew J. Mari, Esq. (by ECF)
     Clerk of Court (KAM) (by ECF)